UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN G. BUSH,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Civil No. 10-cv-5780 (JLL)<br><br>**ORDER** |

Plaintiff seeks to file a Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915. Based on his affidavit of poverty, the Court finds that Plaintiff qualifies for non-prisoner in forma pauperis status pursuant to 28 U.S.C. § 1915.

IT IS therefore on this 9th day of December, 2010,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby GRANTED; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee and shall issue summons and the United States Marshal shall serve summons and copies of the Complaint and this Order upon Defendants, with all costs of service advanced by the United States.

DATED: December 9th, 2010

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE